JOHN MATTHEWS CVITKOVICH, Respondent, v. UNKWAY REALTY CORPORATION and Another, Appellants.— Order of the County Court of Nassau county denying motion to compel service of an amended complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

SYDNEY W. FISCHMAN, Respondent, v. ROCKLAND COUNTY CORPORATION, Appellant.— Order denying motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, and with leave to defendant to answer within ten days from the service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

JOSEPH ANTHONY FURLAN, Respondent, v. GAETANO FERRARA, Appellant.— Order denying motion to open defendant's default and to reinstate his counterclaim, and order on reargument, reversed on the law and the facts, without costs, and motion granted, without costs, upon condition that within ten days after service on the attorney for the plaintiff of a copy of the order to be made hereon, with notice of entry, defendant pay plaintiff twenty-five dollars costs; otherwise, order affirmed. The default was not willful and the motion to open it should have been granted. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

JOSEPH ANTHONY FURLAN, Respondent, v. ALBERTO FILI and Others, Appellants.— Order denying motion to open defendants' default and to reinstate their counterclaim, and order on reargument, reversed on the law and the facts, without costs, and motion granted, without costs, upon condition that within ten days after service on the attorney for the plaintiff of a copy of the order to be made hereon, with notice of entry, defendants pay plaintiff twenty-five dollars costs; otherwise, order affirmed. The default was not willful and the motion to open it should have been granted. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

LORRAINE GOMBERG, an Infant under the Age of Fourteen Years, by LEO GOMBERG, Her Guardian ad Litem, and LEO GOMBERG, Respondents, v. NATIONAL CHAIR COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

LOUIS GREBIS and Another, Appellants, v. SONN VIEW DEVELOPMENT CORPORATION and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.